# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Charles Hankins, Jr.   §   Case No. 16-12630
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/13/2016 . The undersigned trustee was appointed on 04/13/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,074.20 |
| Bank service fees | | 21.10 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,404.70 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/30/2016  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 238.55 , for total expenses of $ 238.55 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2017                              By: /s/Frank J. Kokoszka, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-12630 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles Hankins, Jr. | | | | Date Filed (f) or Converted (c): | 04/13/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/10/2016 |
| For Period Ending: | 11/15/2017 | | | | Claims Bar Date: | 12/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 600 S. Bartlett Rd. Bartlett Il 60103-0000 Dupage | 680,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Ford King Ranch Mileage: 10000 | 43,275.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Harley-Davidson Fat Boy  Location: 600 S. Barlett Rd., | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. 2016 Ford F-350 Mileage: 8000 Location: 600 S. Barlett Rd., | 65,000.00 | 0.00 | | 0.00 | FA |
| 5. 2007 Four Star 3 Ngn  Horse Trailer/Camper Location: 600 S. | 40,000.00 | 0.00 | | 0.00 | FA |
| 6. Arcticat  Snow Mobile Location: 600 S. Barlett Rd., Bartlett | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Coffee Maker, Kitchen Appliances, Deep Freezer, Kitchen Tabl | 250.00 | 0.00 | | 0.00 | FFA |
| 8. Lg Tv, Samsung Tv, Samsung Tv, Dell Computer Location: 600 S | 450.00 | 0.00 | | 0.00 | FA |
| 9. Glock 40, Benelli 12 Gauge Shotgun Location: 600 S. Barlett | 650.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring Location: 600 S. Barlett Rd., Bartlett Il 60103 | 100.00 | 0.00 | | 0.00 | FA |
| 11. 5 Dogs Location: 600 S. Barlett Rd., Bartlett Il 60103 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash Location: 600 S. Barlett Rd., Bartlett Il 60103 | 150.00 | 0.00 | | 0.00 | FA |
| 13. Pnc Bank | 700.00 | 0.00 | | 0.00 | FA |
| 14. Pnc | 0.00 | 0.00 | | 0.00 | FA |
| 15. H&K Holdings, Inc. Order entered on 11/4/2016 authorizing the Trustee to sell the Debtor's interest in H&K Holdings to Debtor for $7500.00 | 53,000.00 | 7,500.00 | | 7,500.00 | FA |
| 16. Advanced Roofing & Woodworking, Inc. Order Abandoning entered on 11/4/2016 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Commercial Driver's License Location: 600 S. Barlett Rd., Ba | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $887,075.00 | $7,500.00 | | $7,500.00 | $0.00 |
|---|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order Abandoning interest in stock of Advanced Roofing entered on 11/4/2016. Order entered on 11/4/2016 authorizing the Trustee to sell the Debtor's interest in H&K Holdings to Debtor for $7500.00. All assets fully administered. Trustee is awaiting bar date and is reviewing claims (11/22/2016).

Bar Date has passed. Trustee is reviewing claims.  - Frank J. Kokoszka 1/3/2017

Trustee is preparing a Motion to Retain Accountant for preparation of tax returns.  - Frank J. Kokoszka 4/20/2017

Tax returns have been filed. Awaiting Accountant fee application.  - Frank J. Kokoszka 8/16/2017
Accountant fee application approved and paid.  - Frank J. Kokoszka 10/16/2017

Trustee preparing TFR - Frank J. Kokoszka 10/16/2017
TFR submitted to UST  - Frank J. Kokoszka 10/19/2017


Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 11/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-12630 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Charles Hankins, Jr. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0179 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7314 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | 15 | Charles Hankins (Cashier's Check) | Sale back to Debtor Cashier's Check for purchase of Estate's interest in stock of H&K Holdings, Inc. | 1129-000 | $7,500.00 | | $7,500.00 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.10 | $7,478.90 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $2.90 | $7,476.00 |
| 10/10/17 | 102 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final Payment to Accountant Order entered on October 6, 2017 approving fees of $1048.90 and expenses of 22.40. | | | $1,071.30 | $6,404.70 |
| | | Alan D. Lasko & Associates, P.C. | ($1,048.90) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | ($22.40) | 3420-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $1,095.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $1,095.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $1,095.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:        $7,500.00        $1,095.30

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0179 - Checking | $7,500.00 | $1,095.30 | $6,404.70 |
|  | $7,500.00 | $1,095.30 | $6,404.70 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12630      Date: November 15, 2017
Debtor Name: Charles Hankins, Jr.
Claims Bar Date: 12/30/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $238.55 | $238.55 |
| 100 3110 | Kokoszka & Janczur, P.C.<br>19 South LaSalle Street<br>Suite 1201<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,600.00 | $1,600.00 |
| 100 3410 | Alan D. Lasko & Associates, P.C. | Administrative | | $0.00 | $1,048.90 | $1,048.90 |
| 100 3420 | Alan D. Lasko & Associates, P.C. | Administrative | | $0.00 | $22.40 | $22.40 |
| 5 280 5800 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | Claim of the IRS is in three parts:<br>1) Secured Claim of $58,800<br>2) Priority Unsecured Claim of $143,051.04 and<br>3) General Unsecured Claim of $16.00.<br><br>Pursuant to Trustee's UCC search, IRS has a valid secured lien in all the assets of the debtor filed as a Federal Tax Lien in DuPage County on 8/4/2010. Such Secured Claim takes priority over the secured claim of MacArthur DBA Insulation Plus (see Claim #6) which was filed on 8/1/2012. | $0.00 | $143,051.04 | $143,051.04 |
| 1 300 7100 | Allied Building Products Corp.<br>D. Harrington/Jenny Santos<br>15 East Union Avenue<br>East Rutherford, Nj 07073 | Unsecured | | $59,141.00 | $60,858.11 | $60,858.11 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $716.00 | $883.22 | $883.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12630  
Debtor Name: Charles Hankins, Jr.  
Claims Bar Date: 12/30/2016  
Date: November 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | First Data Global Leasing By American Infosource Lp As Agent Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $739.11 | $739.11 |
| 4 300 7100 | First Data Global Leasing By American Infosource Lp As Agent Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $831.81 | $831.81 |
| 5 300 7100 | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | Claim of the IRS is in three parts: 1) Secured Claim of $58,800 2) Priority Unsecured Claim of $143,051.04 and 3) General Unsecured Claim of $16.00. Pursuant to Trustee's UCC search, IRS has a valid secured lien in all the assets of the debtor filed as a Federal Tax Lien in DuPage County on 8/4/2010. Such Secured Claim takes priority over the secured claim of MacArthur DBA Insulation Plus (see Claim #6) which was filed on 8/1/2012 | $0.00 | $16.00 | $16.00 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $445.05 | $445.05 |
| 8 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $1,279.75 | $1,279.75 |
| 9 300 7100 | Midland Credit Management, Inc. As Agent For Asset Acceptance Llc Po Box 2036 Warren Mi 48090 | Unsecured | | $6,151.97 | $6,625.02 | $6,625.02 |
| 10 300 7100 | Old Second National Bank 37 S River St Aurora, Il 60506 | Unsecured | | $275,000.00 | $208,640.48 | $208,640.48 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12630  
Debtor Name: Charles Hankins, Jr.  
Claims Bar Date: 12/30/2016  
Date: November 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Systems & Services Technologies, Inc. 4315 Pickett Road, Bankruptcy Department St. Joseph, Missouri 64503 | Unsecured | Order entered on 2/22/17 stating that the claim of Systems & Services Technology is to be treated as an unsecured claim. Subsequent to entry of Order, Claimant filed an amended claim (Claim #11-2) on 05/23/2017 in the unsecured amount of $39857.17 | $81,059.00 | $39,857.17 | $39,857.17 |
| 12 300 7100 | Richards Building Supply Co. C/O Connoito & Associates, Ltd. 12070 W. 159Th St. Homer Glen, Il 60491 | Unsecured | | $49,011.00 | $83,901.63 | $83,901.63 |
| 13 300 7100 | Union National Bank 101 East Chicago St. Elgin, Il 60120 | Unsecured | | $150,000.00 | $50,949.96 | $50,949.96 |
| 14 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sleepy"s) Pob 41067 Norfolk, Va 23541 | Unsecured | | $2,686.00 | $2,486.00 | $2,486.00 |
| 5 400 4110 | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Secured | Claim of the IRS is in three parts: 1) Secured Claim of $58,800 2) Priority Unsecured Claim of $143,051.04 and 3) General Unsecured Claim of $16.00. Pursuant to Trustee's UCC search, IRS have a valid secured lien in all the assets of the debtor filed as a Federal Tax Lien in DuPage County on 8/4/2010. Such Secured Claim takes priority over the secured claim of MacArthur DBA Insulation Plus (see Claim #6) which was filed on 8/1/2012. | $0.00 | $58,800.00 | $58,800.00 |
| 6 400 4110 | Macarthur Dba Insulation Plus C/O Mark J. Mcclenathan Heyl Royster Voelker & Allen 120 W. State St., Ste. 200 P.O. Box 1288 Rockford, Il 61105 | Secured | Pursuant to Trustee's UCC search, the IRS (Claim #5) has a valid secured lien in all the assets of the debtor filed as a Federal Tax Lien in DuPage County on 8/4/2010. Such Secured Claim takes priority over the secured claim of MacArthur DBA Insulation Plus which was filed on 8/1/2012. | $308,574.00 | $71,594.98 | $71,594.98 |
| | Case Totals | | | $932,338.97 | $735,369.18 | $735,369.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-12630
Case Name: Charles Hankins, Jr.
Trustee Name: Frank J. Kokoszka, Trustee

Balance on hand $ 6,404.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Internal Revenue Service | $ 58,800.00 | $ 58,800.00 | $ 0.00 | $ 3,066.15 |
| 6 | Macarthur Dba Insulation Plus | $ 71,594.98 | $ 71,594.98 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 3,066.15

Remaining Balance $ 3,338.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 238.55 | $ 0.00 | $ 238.55 |
| Attorney for Trustee Fees: Kokoszka & Janczur, P.C. | $ 1,600.00 | $ 0.00 | $ 1,600.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,048.90 | $ 1,048.90 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 22.40 | $ 22.40 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,338.55

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 143,051.04  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $   143,051.04 | $   0.00 | $   0.00 |
| | Total to be paid to priority creditors | | | $   0.00 |
| | Remaining Balance | | | $   0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 457,513.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Allied Building Products Corp. | $   60,858.11 | $   0.00 | $   0.00 |
| 2 | Quantum3 Group Llc As Agent For | $   883.22 | $   0.00 | $   0.00 |
| 3 | First Data Global Leasing | $   739.11 | $   0.00 | $   0.00 |
| 4 | First Data Global Leasing | $   831.81 | $   0.00 | $   0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $ 16.00 | $ 0.00 | $ 0.00 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 445.05 | $ 0.00 | $ 0.00 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,279.75 | $ 0.00 | $ 0.00 |
| 9 | Midland Credit Management, Inc. As Agent For | $ 6,625.02 | $ 0.00 | $ 0.00 |
| 10 | Old Second National Bank | $ 208,640.48 | $ 0.00 | $ 0.00 |
| 11 | Systems & Services Technologies, Inc. | $ 39,857.17 | $ 0.00 | $ 0.00 |
| 12 | Richards Building Supply Co. | $ 83,901.63 | $ 0.00 | $ 0.00 |
| 13 | Union National Bank | $ 50,949.96 | $ 0.00 | $ 0.00 |
| 14 | Portfolio Recovery Associates, Llc | $ 2,486.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE