IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-12630 |
| CHARLES HANKINS, JR. | CHAPTER 7 |
| | HON. JANET S. BAER |
| DEBTOR. | **Hearing Date: December 15, 2017**<br>**Time: 11:00 a.m.**<br>**Room: 240 (Kane County)** |

CERTIFICATE OF SERVICE

TO: ATTACHED SERVICE LIST

I, Frank J. Kokoszka, hereby certify that on November 16, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle before 5:00 p.m. on November 16, 2017.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq.
ARDC # 6201436
Kokoszka & Janczur, P.C.
19 S. LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 254-3156 fax
trustee@k-jlaw.com

Dated: November 16, 2017

SERVICE LIST

**Notice will be electronically mailed to:**

William D Cherny on behalf of Debtor Charles Hankins, Jr.
bill@chernylaw.com

Teresa L. Einarson on behalf of Interested Party Advanced Roofing & Woodworking, Inc.
teresaleinarson@outlook.com terryeinarson@yahoo.com

Patrick S Layng, Office of the United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

Terri M Long on behalf of Creditor Systems & Services Technologies, Inc.
tmlong@tmlong.com, Courts@tmlong.com

Michael L Sherman on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC
shermlaw1@aol.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
gretchen.silver@usdoj.gov

**Via U.S. Mail:**

Allied Building Products Corp.
D. Harrington/Jenny Santos
15 East Union Avenue
East Rutherford, NJ 07073

Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

First Data Global Leasing by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

MacArthur dba Insulation Plus
c/o Mark J. McClenathan
Heyl Royster Voelker & Allen
120 W. State St., Ste. 200
P.O. Box 1288
Rockford, IL 61105

PYOD, LLC its successors and assigns as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Midland Credit Management, Inc. as agent for
Asset Acceptance LLC
Po Box 2036
Warren MI 48090

Old Second National Bank
37 S River St
Aurora, IL 60506

Systems & Services Technologies, Inc.
4315 Pickett Road, Bankruptcy Department
St. Joseph, Missouri 64503

Richards Building Supply Co.
c/o Connoito & Associates, Ltd.
12070 W. 159th St.
Homer Glen, IL 60491

Union National Bank
101 East Chicago St.
Elgin, IL 60120

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK (SLEEPY'S)
POB 41067
Norfolk, VA 23541