# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § 
 § 
Charles Hankins, Jr. § Case No. 16-12630
 § 
　　　　Debtor § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 664,772.00　　　　　　　　　Assets Exempt: 170,803.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,066.15　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: 1,613,724.22

Total Expenses of Administration: 4,433.85

---

　　　3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,016,084.90 | $ 130,394.98 | $ 130,394.98 | $ 3,066.15 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,433.85 | 4,433.85 | 4,433.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 143,051.04 | 143,051.04 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 929,413.94 | 457,513.31 | 457,513.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,945,498.84 | $ 735,393.18 | $ 735,393.18 | $ 7,500.00 |

4) This case was originally filed under chapter 7 on 04/13/2016 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2018       By: /s/Frank J. Kokoszka, Trustee
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| H&K Holdings, Inc. | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit, PO Box 62180 Colorado Springs, CO 80962 | | 65,623.90 | NA | NA | 0.00 |
| | Ford Motor Credit, PO Box 62180 Colorado Springs, CO 80962 | | 61,887.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union National Bank, 101 East Chicago St. Elgin, IL 60120 | | 580,000.00 | NA | NA | 0.00 |
| 5 | Internal Revenue Service | 4110-000 | 0.00 | 58,800.00 | 58,800.00 | 3,066.15 |
| 6 | Macarthur Dba Insulation Plus | 4110-000 | 308,574.00 | 71,594.98 | 71,594.98 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,016,084.90 | $ 130,394.98 | $ 130,394.98 | $ 3,066.15 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Frank J. Kokoszka | 2200-000 | NA | 238.55 | 238.55 | 238.55 |
| International Sureties, Ltd. | 2300-000 | NA | 2.90 | 2.90 | 2.90 |
| Bank of Kansas City | 2600-000 | NA | 21.10 | 21.10 | 21.10 |
| Kokoszka & Janczur, P.C. | 3110-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,048.90 | 1,048.90 | 1,048.90 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 22.40 | 22.40 | 22.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,433.85 | $ 4,433.85 | $ 4,433.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Employ Secur, Chicago Region - Revenue 33 S State 10th Floor Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| 5 | Internal Revenue Service | 5800-000 | NA | 143,051.04 | 143,051.04 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 143,051.04 | $ 143,051.04 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Supply Co., c/o Whiteman Law Offices 118 N. Clinton Street, Suite 17 Chicago, IL 60661 | | 250,000.00 | NA | NA | 0.00 |
| | Alliance One Receivables Management, 4850 Street Rd. Suite 300 Feasterville Trevose, PA 19053 | | 32,317.50 | NA | NA | 0.00 |
| | Capital Management Services, 698 1/2 South Ogden St. Buffalo, NY 14206-2317 | | 4,273.47 | NA | NA | 0.00 |
| | Credit One Bank N. A., PO Box 98873 Las Vegas, NV 89193 | | 606.00 | NA | NA | 0.00 |
| | Credit One Bank N.A., PO Box 98873 Las Vegas, NV 89193 | | 6.00 | NA | NA | 0.00 |
| | Discover Financial, Attn: Bankruptcy PO Box 3025 New Albany, OH 43054 | | 9,217.00 | NA | NA | 0.00 |
| | HSBC Mortgage Services, 636 Grand Regency Blvd Brandon, FL 33510 | | 9,229.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Allied Building Products Corp. | 7100-000 | 59,141.00 | 60,858.11 | 60,858.11 | 0.00 |
| 3 | First Data Global Leasing | 7100-000 | NA | 739.11 | 739.11 | 0.00 |
| 4 | First Data Global Leasing | 7100-000 | NA | 831.81 | 831.81 | 0.00 |
| 5 | Internal Revenue Service | 7100-000 | NA | 16.00 | 16.00 | 0.00 |
| 9 | Midland Credit Management, Inc. As Agent For | 7100-000 | 6,151.97 | 6,625.02 | 6,625.02 | 0.00 |
| 10 | Old Second National Bank | 7100-000 | 275,000.00 | 208,640.48 | 208,640.48 | 0.00 |
| 14 | Portfolio Recovery Associates, Llc | 7100-000 | 2,686.00 | 2,486.00 | 2,486.00 | 0.00 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 445.05 | 445.05 | 0.00 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,279.75 | 1,279.75 | 0.00 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 716.00 | 883.22 | 883.22 | 0.00 |
| 12 | Richards Building Supply Co. | 7100-000 | 49,011.00 | 83,901.63 | 83,901.63 | 0.00 |
| 11 | Systems & Services Technologies, Inc. | 7100-000 | 81,059.00 | 39,857.17 | 39,857.17 | 0.00 |
| 13 | Union National Bank | 7100-000 | 150,000.00 | 50,949.96 | 50,949.96 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 929,413.94 | $ 457,513.31 | $ 457,513.31 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-12630 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles Hankins, Jr. | | | | Date Filed (f) or Converted (c): | 04/13/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/10/2016 |
| For Period Ending: | 04/16/2018 | | | | Claims Bar Date: | 12/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 600 S. Bartlett Rd. Bartlett Il 60103-0000 Dupage | 680,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Ford King Ranch Mileage: 10000 | 43,275.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Harley-Davidson Fat Boy Location: 600 S. Barlett Rd., | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. 2016 Ford F-350 Mileage: 8000 Location: 600 S. Barlett Rd., | 65,000.00 | 0.00 | | 0.00 | FA |
| 5. 2007 Four Star 3 Ngn Horse Trailer/Camper Location: 600 S. | 40,000.00 | 0.00 | | 0.00 | FA |
| 6. Arcticat Snow Mobile Location: 600 S. Barlett Rd., Bartlett | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Coffee Maker, Kitchen Appliances, Deep Freezer, Kitchen Tabl | 250.00 | 0.00 | | 0.00 | FFA |
| 8. Lg Tv, Samsung Tv, Samsung Tv, Dell Computer Location: 600 S | 450.00 | 0.00 | | 0.00 | FA |
| 9. Glock 40, Benelli 12 Gauge Shotgun Location: 600 S. Barlett | 650.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring Location: 600 S. Barlett Rd., Bartlett Il 60103 | 100.00 | 0.00 | | 0.00 | FA |
| 11. 5 Dogs Location: 600 S. Barlett Rd., Bartlett Il 60103 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash Location: 600 S. Barlett Rd., Bartlett Il 60103 | 150.00 | 0.00 | | 0.00 | FA |
| 13. Pnc Bank | 700.00 | 0.00 | | 0.00 | FA |
| 14. Pnc | 0.00 | 0.00 | | 0.00 | FA |
| 15. H&K Holdings, Inc. Order entered on 11/4/2016 authorizing the Trustee to sell the Debtor's interest in H&K Holdings to Debtor for $7500.00 | 53,000.00 | 7,500.00 | | 7,500.00 | FA |
| 16. Advanced Roofing & Woodworking, Inc. Order Abandoning entered on 11/4/2016 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Commercial Driver's License Location: 600 S. Barlett Rd., Ba | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $887,075.00 | $7,500.00 | | $7,500.00 | $0.00 |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order Abandoning interest in stock of Advanced Roofing entered on 11/4/2016. Order entered on 11/4/2016 authorizing the Trustee to sell the Debtor's interest in H&K Holdings to Debtor for $7500.00. All assets fully administered. Trustee is awaiting bar date and is reviewing claims (11/22/2016).

Bar Date has passed. Trustee is reviewing claims.  - Frank J. Kokoszka 1/3/2017

Trustee is preparing a Motion to Retain Accountant for preparation of tax returns.  - Frank J. Kokoszka 4/20/2017

Tax returns have been filed. Awaiting Accountant fee application.  - Frank J. Kokoszka 8/16/2017
Accountant fee application approved and paid.  - Frank J. Kokoszka 10/16/2017

Trustee preparing TFR - Frank J. Kokoszka 10/16/2017
TFR submitted to UST  - Frank J. Kokoszka 10/19/2017

Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 11/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-12630 | | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Charles Hankins, Jr. | | Bank Name: | BOK Financial |
| | | | Account Number/CD#: | XXXXXX0179 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7314 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/16/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | 15 | Charles Hankins (Cashier's Check) | Sale back to Debtor Cashier's Check for purchase of Estate's interest in stock of H&K Holdings, Inc. | 1129-000 | $7,500.00 | | $7,500.00 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.10 | $7,478.90 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $2.90 | $7,476.00 |
| 10/10/17 | 102 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final Payment to Accountant Order entered on October 6, 2017 approving fees of $1048.90 and expenses of 22.40. | | | $1,071.30 | $6,404.70 |
| | | Alan D. Lasko & Associates, P.C. | ($1,048.90) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | ($22.40) | 3420-000 | | | |
| 12/18/17 | 103 | Frank J. Kokoszka | Distribution | | | $1,738.55 | $4,666.15 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($1,500.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($238.55) | 2200-000 | | | |
| 12/18/17 | 104 | Kokoszka & Janczur, P.C. 19 South LaSalle Street Suite 1201 Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,600.00 | $3,066.15 |
| 12/18/17 | 105 | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 5 representing a payment of 5.21 % per court order. | 4110-000 | | $3,066.15 | $0.00 |

| | | | Page Subtotals: | | $7,500.00 | $7,500.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $7,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $7,500.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0179 - Checking | $7,500.00 | $7,500.00 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |